

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM ANDREW BURREL, | § | No. 08-24-00360-CV |
| Appellant, | § | Appeal from the |
| v. | § | 453rd Judicial District Court |
| MIRELLE BENITA, | § | of Hays County, Texas |
| Appellee. | § | (TC#24-1556) |
| | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.